NORMA HEINE, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— In an action in the City Court of the City of Yonkers to recover the proceeds of a life insurance policy, the jury rendered a verdict in plaintiff's favor. Defendant appeals from the judgment entered thereon and from an order denying its motion to set aside the verdict. Judgment and order unanimously affirmed, with costs. The agent was informed that the insured was ill in bed at the time of the preparation of the application, and he saw the insured in bed. He was informed that the insured had been in bad health since the previous operation and would never pass the physical examination. The agent sought no further information and instead replied " let me worry about that part of it." Under these circumstances the knowledge of the agent was sufficient, in accordance with the charge on that subject, to warrant the jury in finding that the defendant had waived the pertinent condition in the policy. (*Bible* v. *John Hancock Mut. Life Ins. Co,.* 256 N. Y. 458; *McClelland* v. *Mutual Life Ins. Co.,* 217 N. Y. 336; *Thompson* v. *Travelers Ins. Co.,* 198 App. Div. 231.) Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

THOMAS F. HOLLAND, Respondent, v. JAMES C. HULL, JR., Appellant.— Action to restrain an alleged breach of a restrictive covenant contained in a contract for the sale of a business by appellant and another to respondent and to recover damages incidental to such breach. Order granting respondent's motion for a temporary injunction affirmed, with $10 costs and disbursements. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

In the Matter of ATLANTIC BEACH PROPERTY OWNERS' ASSOCIATION, INC., et al., Appellants, against ROBERT C. RICHTER et al., Constituting the Board of Zoning Appeals of the Town of Hempstead, et al., Respondents.— Petitioners appeal from an order which dismissed their petition to review a determination of respondent board of zoning appeals granting an area variance, a side-yard variance, and other relief, to respondent Michel. Order unanimously affirmed, with $10 costs and disbursements. (*Matter of Kelly* v. *Murdock,* 275 App. Div. 786; *359 W. 34th St., Inc.* v. *Board of Standards & Appeals of City of N. Y.,* 279 App. Div. 1032; *Matter of Leone* v. *Yates,* 280 App. Div. 823.) Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.